AO 240A

# UNITED STATES DISTRICT COURT

### District of New Jersey

**MICHAEL E. PHILLIPS**

        Plaintiff,

  V.

**FLASH GLOBAL LOGISTICS, INC.**

        Defendant.

**ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES**

Case Number: 10-254 (WJM)

Having considered the application to proceed without prepayment of fees under 28 U.S.C.§ 1915;

IT IS ORDERED that the application is:

[X] GRANTED and

[X] The clerk is directed to file the complaint, and

[X] IT IS FURTHER ORDERED that the clerk issue summons and the United States Marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

__ DENIED, for the following reasons:

_____
_____
_____

On this 3rd day of February, 2010

                                              WILLIAM J. MARTINI, U.S.D.J.